IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

OLEG NAGAYTSEV,

      Appellant,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION ("FANNIE MAE"),

      Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4984

_____/

Opinion filed April 3, 2017.

An appeal from the Circuit Court for Duval County.
A.C. Soud, Judge.

Oleg Nagaytsev, pro se, Appellant.

Daniel S. Stein of Popkin & Rosalier, P.A., Deerfield Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

ROBERTS, C.J., ROWE and WINOKUR, JJ., CONCUR.